UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,  :  13-Cr-660 (SHS)
                                                            18-Cr-682 (SHS)
            -v-                                      :
                                                            ORDER
COREY SUMLIN,                              :

            Defendant.                         :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The defendant has filed a request for the disclosure of grand jury transcripts and associated information [Doc. No. 69 in 13-Cr-660 and Doc. No. 37 in 18-Cr-682]. In addition, the Court has received a letter from defendant's former attorney Benjamin Silverman, Esq. stating that defendant "has requested that I ask the Court to appoint either the undersigned or other available counsel to make a renewed request to the Court" for compassionate release [Doc. No. 64 in 18-Cr-682], despite the fact that this Court has denied multiple requests by Mr. Sumlin for compassionate release.

IT IS HEREBY ORDERED that:

1. The request for disclosure of grand jury information [Doc. No. 69 in 13-Cr-660 and Doc. No. 37 in 18-Cr-682] is denied on the basis that defendant has presented no basis for that relief. *See* Fed. R. Crim. P 6; and

2. The request for appointment of counsel [Doc. No. 64 in 18-Cr-682] is denied. Mr. Sumlin has made multiple requests for compassionate release and there is no basis for assignment of counsel here. *See Cooper v. Sargenti Co.*, 877 F.2d 170 (2d Cir. 1989), *Hodge v. Police Officers*, 802 F.2d 58 (2d Cir. 1986); and

3. The Court will mail a copy of this Order to defendant at his last known address: RRM New York, Residential Reentry Office, 100 29th Street, Brooklyn, New York 11232.

Dated: New York, New York
            August 25, 2021

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.